UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>McAFEE, INC.<br>(f/k/a NETWORK ASSOCIATES, INC.),<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  Case No. C-06-0009 (PJH)<br>)<br>)<br>)<br>)<br>)<br>) |

**[~~PROPOSED~~] ORDER GRANTING REQUEST TO DISBURSE FUNDS**

The Court having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number C06-0009 PJH under the case name designation "SEC v. McAfee, Inc." for the amount of $200,000, payable to Damasco & Associates, for the payment of tax obligations, as provided in the Declaration. The check shall contain the following notation: "*SEC v. McAfee, Inc., SEC Federal TIN: 53-0193492, 2nd Qtr 2006 Tax Estimate.*"

2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates
> 505 Sansome Street
> Suite 1701
> San Francisco, CA 94111
> Phone: 415-217-4900

3.  The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 7/11/06



IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT JUDGE