# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Case No. C-06-0009 (PJH) ) |
| McAFEE, INC. (f/k/a NETWORK ASSOCIATES, INC.), | ) ) ) |
| Defendant. | ) ) |

### [*PROPOSED*] ORDER GRANTING REQUEST TO DISBURSE FUNDS

The Court having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  The Clerk of the Court shall issue a check on CRIS account number C06-0009 PJH under the case name designation "SEC v. McAfee, Inc." for the amount of $155,000, payable to "*Damasco & Associates, Trust Account*" for the payment of tax obligations, as provided in the Declaration.  The check shall contain the following notation: "*SEC v. McAfee, Inc., EIN: 20-4657396, Q1 2007 Tax Estimate.*"

2.  The Clerk shall send the check by overnight mail to:

Damasco & Associates
700 Monte Vista Lane
Half Moon Bay, CA 94019

Phone: 415-217-4900

1        3.  The Commission's counsel (Paul G. Lane, 202-551-4768, lanep@sec.gov) shall provide

2 the Court Registry with the necessary overnight shipping information and the Securities and

3 Exchange Commission's billing number.

6 Dated: _5/25/07_____



IT IS SO ORDERED

UNITED STATES DISTRICT COURT

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

UNI_____JUDGE