**EXHIBIT 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, :<br><br>Plaintiff, :<br>:<br>v. :<br>:<br>McAFEE, INC. (f/k/a Network Associates, Inc.), :<br>:<br>Defendant. :<br>: | C-06-0009 (PJH) |

AMENDED
[~~PROPOSED~~] ORDER INSTRUCTING THE CLERK OF THE COURT TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE DISTRIBUTION AGENT

The Court, having reviewed the Distribution Agent's Application for Payment of Fees and Expenses, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS"), Account Number C06-0009PJH, under the case name designation "*SEC v. McAfee, Inc.*" in the amount of $9,431.53 payable to "Day Pitney LLP" for the payment of fees and expenses incurred by the Distribution Agent during the three-month period from December 1, 2010 through February 28, ~~2010~~ 2011, as described in the Distribution Agent's Application for Payment of Fees and Expenses, dated March 31, 2011. The check shall also contain the following notation: "*payment for matter no. 406440.121450*".

83486696.1

2. The Clerk shall send the check by overnight mail to:

>  Jeffrey Plotkin, Esq.
>  One Canterbury Green
>  Stamford, CT 06901
>  Tel: (203) 977-7300

3. The Distribution Agent shall provide the Court Registry with the necessary overnight shipping information and the Distribution Agent's billing number.

Dated: 4/6/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA