**EXHIBIT G**

JEFFREY PLOTKIN
DISTRIBUTION AGENT (N.Y. Bar # 2122430)

Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901
Tel: (203) 325-5000
Fax: (203) 325-5001

Of Counsel:
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (203) 977-7301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>McAFEE, INC. (f/k/a Network Associates, Inc.),<br><br>Defendant. | C-06-0009 (PJH) |

**[~~PROPOSED~~] ORDER APPROVING THE PETITION FOR PAYMENT OF FINAL FEES AND COSTS AND APPROVING THE TRANSFER OF REMAINING MONIES IN THE MCAFEE FAIR FUND TO THE COMMISSION**

The Court, having reviewed the Distribution Agent's Final Report dated June 26, 2012, including the request for approval of unpaid fees and costs therein and the request to approve the transfer of all remaining monies in the McAfee Fair Fund to the Commission therein, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS"), Account Number C06-0009PJH, principal or interest, under the case name designation "*SEC v. McAfee, Inc.*" in the aggregate amount of $38,129.30 payable to "Day Pitney LLP", for the payment of (i) $34,129.30 in unpaid fees and expenses by the Distribution Agent and his counsel during the six-month period from December 1, 2011 through May 31, 2012 and (ii) $4,000 in estimated fees and expenses by the Distribution Agent and his counsel through the closure of the Fund, as described in the Distribution Agent's Final Report dated June 26, 2012. The check shall also contain the following notation: "*payment for matter no. 406440.121450*". The Clerk shall send the check by overnight mail to:

> Day Pitney LLP
> c/o Helen Harris, Esq.
> One Canterbury Green
> Stamford, CT 06901
> Tel: (203) 977-7300

The Distribution Agent shall provide the Court Registry with the necessary overnight shipping information and the Distribution Agent's billing number.

2. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS"), Account Number C06-0009PJH, principal or interest, under the case name designation "*SEC v. McAfee, Inc.*" in the aggregate amount of $14,553.37 payable to "The Garden City Group, Inc.", for the payment of (i) $12,384.62 in unpaid fees and expenses by the Claims Administrator during the period from October 1, 2011 through April 30, 2012 and (ii) $2,168.75 in estimated fees and expenses by the Claims Administrator through the closure of the Fund, as described in the Distribution Agent's Final Report dated June 26, 2012. The check

shall also contain the following notation: *"payment for SEC v. McAfee, Inc. Secs. Litig."* The Clerk shall send the check by overnight mail to:

> The Garden City Group, Inc.
> c/o Fred Rodriguez
> 1985 Marcus Avenue, Suite 200
> Lake Success, NY 11042
> Tel: (631) 470-6816

The Distribution Agent shall provide the Court Registry with any necessary overnight shipping information including the Distribution Agent's billing number.

3. The Clerk of the Court shall issue a check on CRIS account number C06-0009 PJH, principal or interest, under the case name designation *"SEC v. McAfee, Inc."* in the aggregate amount of $5,406.02 payable to "Damasco & Associates", for the payment of (i) $2,656.02 in unpaid fees and expenses of the Tax Administrator during the period from March 15, 2011 through January 24, 2012 and (ii) $2,750 in estimated fees and expenses by the Tax Administrator through the closure of the Fund, as described in the Distribution Agent's Final Report dated June 26, 2012. The check shall also contain the following notation: *"SEC v. McAfee, Inc., Tax Administrator Fees"*. The Clerk shall send the check by overnight mail to:

> Damasco & Associates
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 650-726-4100

The Distribution Agent shall provide the Court Registry with any necessary overnight shipping information including the Distribution Agent's billing number.

4. Following the issuance of the checks set forth in paragraphs one through three above, the Clerk of the Court shall transfer all remaining monies in CRIS account number C-6-009 PJH under the case name designation *"SEC v. McAfee, Inc."* to the Securities and Exchange Commission for subsequent transfer to the United States Treasury or the Commission's Investor

Protection Fund, as described in the Distribution Agent's Final Report dated June 26, 2012. The Clerk may transmit payment electronically to the Securities and Exchange Commission, which will provide detailed ACH transfer / Fedwire instructions upon request. The Clerk may also issue a check payable to the Securities and Exchange Commission, which shall be sent by overnight mail to:

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court. The check shall also contain the notation, "*SEC v. McAfee, Inc.*"

Thereafter, the Clerk of the Court shall close CRIS account number C-6-009 PJH under the case name designation "*SEC v. McAfee, Inc.*"

5.      Following the issuance of the checks set forth in paragraphs one through three above, the Claims Administrator shall direct the transfer of all remaining monies in the McAfee Fair Fund Escrow Account, held by Signature Bank under the account name "QSF, SEC v. McAfee Distribution Fund custodian F/B/O investors allocated a distribution from McAfee Distribution Plan c/o Garden City Group Inc.", to the Securities and Exchange Commission for subsequent transfer to the United States Treasury or the Commission's Investor Protection Fund, as described in the Distribution Agent's Final Report dated June 26, 2012. The Claims Administrator may transmit payment electronically to the Securities and Exchange Commission, which will provide detailed ACH transfer / Fedwire instructions upon request. The Claims Administrator may also issue a check payable to the Securities and Exchange Commission, which shall be sent by overnight mail to:

        Enterprise Services Center
        Accounts Receivable Branch
        6500 South MacArthur Boulevard
        Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of the Court. The check shall also contain the notation, "*SEC v. McAfee, Inc.*"

Thereafter, the Claims Administrator shall direct the closure of the McAfee Fair Fund Escrow Account held by Signature Bank under the account name "QSF, SEC v. McAfee Distribution Fund custodian F/B/O investors allocated a distribution from McAfee Distribution Plan c/o Garden City Group Inc."

6.    Upon completion of the payments and transfers set forth in this Order, the McAfee Fair Fund shall be terminated and the Distribution Agent shall be discharged from his duties as Distribution Agent.

Dated:   7/31/12



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA